DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. 4:91-cr-122-HRH | |
| ) | | |
| Plaintiff, ) | SUBSTITUTION OF COUNSEL | |
| ) | | |
| LON A. McCULLOUGH, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

COMES NOW the United States Attorney's Office, by and through Richard Pomeroy, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

Richard Pomeroy
Assistant U.S. Attorney

222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-3224
E-mail: richard.pomeroy@usdoj.gov

RESPECTFULLY SUBMITTED on this 20th day of March, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-3224
E-mail: richard.pomeroy@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on March 20, 2006
a copy of the foregoing was served
via electronic notice:

Lon A. McCullough
P.O. Box 13133
Trapper Creek, AK 99683


s/ Richard L. Pomeroy

**U.S. v. McCULLOUGH**
4:91-cr-122-HRH                                      2