DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:91-cr-122-HRH |
| | ) | |
| Plaintiff, | ) | NOTICE TO DISCONTINUE |
| | ) | ELECTRONIC SERVICE |
| LON A. McCULLOUGH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah M. Smith, Acting United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on Assistant U.S. Attorney Stephen Cooper.  Assistant U.S. Attorney Richard Pomeroy is the lead attorney in this matter.

RESPECTFULLY submitted this 20th day of March, 2006, at Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Richard L. Pomeroy
        RICHARD L. POMEROY
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-3224
        E-mail: richard.pomeroy@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on March 20, 2006
a copy of the foregoing was served
via electronic notice:

Lon A. McCullough
P.O. Box 13133
Trapper Creek, AK 99683


s/ Richard L. Pomeroy